AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Ivan Justin Ariza

Defendant(s)

)
)
)
)
)
)
)

Case No.

## 8:20MJ2198AAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ November 13, 2020 _____ in the county of _____ Hillsborough _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Interference with commerce by robbery |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Yannick Deslauriers, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ November 25, 2020 _____

City and state: _____ Tampa, FL _____

_____
Judge's signature

Amanda Arnold Sansone, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS

I, Yannick Deslauriers, being duly sworn, hereby state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed by the United States Department of Justice since January 2009.  I have approximately 21 years of law enforcement training and experience.  This training and experience includes, but is not limited to, the earning of a Bachelor of Science Degree in the field of Criminal Justice with a minor in Psychology from the University of Tennessee, and the completion of the Metropolitan Nashville Police Academy.  I was subsequently employed with the Metropolitan Nashville Police Department in Nashville, Tennessee for approximately nine years, including four years assigned to a street level narcotics unit.  Upon being hired by ATF, I completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training program.

2.     I am authorized to investigate violations of laws of the United States, including violent crimes and narcotic offenses, and to execute warrants issued under the authority of the United States.  I am currently assigned to the ATF Tampa Division.  During my employment as an ATF Special Agent and

nine previous years as a police officer and detective with the Nashville Police Department, I have participated in numerous investigations which have resulted in the arrests of numerous individuals and the seizures of currency, financial ledgers, firearms, controlled substances, and indicia of controlled substance trafficking.  During the course of these investigations, I have conducted or participated in physical and electronic surveillance, and I have conducted numerous debriefings of informants, cooperating defendants, and other individuals cooperating with the United States.  I have executed or assisted in executing numerous search warrants resulting in the seizure of firearms, narcotics, narcotics records, and financial documents.

    3.    The statements contained in this affidavit are based in part on my personal observations, background, experience, and training as an ATF Special Agent, and also information provided by other ATF agents, detectives with the Tampa Police Department ("TPD"), and a Florida Department of Corrections employee.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

    4.    I submit this affidavit in support of a complaint against **Ivan Justin ARIZA** for interfering with commerce by robbery, in violation of 18 U.S.C. § 1951.

5.     The complaint concerns the investigation of six robberies that law enforcement believes were committed by **Ivan Justin ARIZA**. The six businesses that were robbed conduct interstate commerce as a regular part of their operations.  Further, pertinent to the investigation, a burglary incident occurred involving a black Kia Soul on November 15, 2020, at the BP gas station located at 2790 Manatee Ave E., Bradenton, FL.

6.     I submit that there is probable cause for the issuance of a warrant for the arrest of  **ARIZA** for a violation of 18 U.S.C. § 1951, specifically the robbery referenced below as Robbery #2, occurring on or about November 13, 2020.

7.     The facts in this affidavit comes from my personal observations, my training and experience, information obtained from other law enforcement officers, agents, and witnesses, the physical evidence gathered in this case, and my review of law enforcement reports.  This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

<u>PROBABLE CAUSE</u>

<u>**Robbery #1**</u>

8.     On Tuesday, November 10, 2020, at approximately 9:30 A.M., an unknown man entered the Exxon Mobile Gas Station located at 4911 N.

301 Hwy., in Tampa, Florida through the front door. The man was identified as wearing black neck gaiter over his nose, red tint and frame sunglasses, dark colored sweater zipped up with the hood up, dark colored pants and dark colored shoes. The victim described the man as approximately 5'8", and approximately 150 lbs. The man put the pistol, which appeared to be dark in color, under the plastic divider and demanded the money from the register. The man placed the stolen money into his right pants pocket. The man left the Exxon Mobile store from the same front entrance door and got into a black Kia Soul that was parked backed in south of the front entrance with the tag covered. The Kia departed northbound from the business.



**<u>Robbery #2</u>**

9.      On Friday, November 13, 2020, at approximately 9:55 A.M., an unknown man entered the Marathon Gas Station located at 2704 E. College Ave., in Ruskin, Florida through the front door. The man was identified as wearing a white face covering, a black hooded sweater, dark colored cargo shorts, and dark colored shoes.  The man had the hood of his sweater pulled over his head.  The victim described the suspect as approximately 5'8", brown eyes, with a thin to medium build.  The man pointed a black pistol at the store clerk and demanded money. The cashier handed the male all of the cash in the register drawer. The man left the store from the same front entry door and got into the front passenger side of a black Kia Soul. A witness stated a black female was driving the vehicle. The vehicle tag was covered with a white plastic bag. The vehicle exited the parking and traveled East on E. College Ave.

5



### Robbery #3

10.     On Saturday, November 14, 2020, at approximately 1:57 A.M.,

an unknown man entered the Speedlane Gas Station located at 501 N. County

Line Rd., Plant City, Florida through the front door. The man was identified

as wearing black sunglasses, a black cloth that covered his face that also

covered his head, a solid black T-shirt, black and red gym shorts, and black

shoes. The man pointed a black pistol at the store clerk and demanded money.

The clerk handed the man the cash in both register drawers and then exited

the store from the same front entry door. Prior to the robbery, surveillance

video of the parking lot showed the man exit the back driver side seat of a

black Kia Soul. The vehicle tag was covered with a white cloth. The man got

into the back driver side of the black Kia Soul. The vehicle exited the parking

lot and traveled North onto N. County Line Rd.

 

### Robbery #4

11.     On Tuesday, November 17, 2020, at approximately 8:14 P.M.,

an unknown man entered the Mobil Gas Station located at 2010 N. Wheeler

St., Plant City, Florida through the front door. The man was identified as

wearing black sunglasses, a black cloth that covered his face that also covered

his head, a solid black T-shirt, black pants, and black shoes with light colored

soles. The man followed the store clerk towards the register. As the cashier

attempted to close the register area door, the man forced his way into the

register area. The man pointed a black pistol at the store clerk and demanded

money. The clerk handed the man the cash from the register drawer. The man

left the store from the same front entry door and got into the front passenger

side of a black Kia Soul. The vehicle tag was covered with a black cloth. The

vehicle exited the parking lot and traveled North on N. Wheeler St.

 

**Robbery #5**

12.     On Sunday, November 22, 2020, at approximately 4:30 A.M., an

unknown man entered the 7-Eleven convenience store located at 12902

Newsome Rd., Dover, Florida through the front door. The man was identified

wearing a black cloth that covered his face, a black jacket completely zipped

up with the hood over his head, a white undershirt, black pants, black shoes,

and one black glove on his right hand. The man waited for customers to exit

the store, then approached the cashier and ordered pizza. When asked for

payment, the man presented the grip of a black handgun and demanded the

cashier to give him the money from the register drawer. The cashier handed

the man the cash from the register drawer. The man left the store from the

same front entry door and got into the front passenger side of a black Kia

Soul. The vehicle tag was not recovered. The vehicle exited the parking lot

and traveled North on McIntosh Rd.

 

9

**Robbery # 6**

13.     On Sunday, November 22, 2020, at approximately 6:22 A.M., an unknown man entered the Circle K convenience store located at 7205 55th Ave E., Bradenton, Florida through the west-side door. The man was identified wearing a black cloth that covered his face, a black skull cap, a black shirt with a white undershirt, long black shorts, and black shoes. The man approached the cashier at the front register and pointed a small silver pistol at the cashier. The man demanded the cashier to give him the money or he will shoot him in the leg. The man held the pistol with his left hand as he wiped the counter with a bandana with his right hand. The cashier handed the man the cash from the first register drawer and failed to open the second register drawer. The man then followed the cashier to the back office and retrieved the key for the ATM. The cashier and the man returned to the front of the store and the cashier opened the ATM. The cashier handed the man the money from the ATM. The man left the store from the same west-side door and got into the front passenger side of a black Kia Soul. The vehicle tag was not recovered. The vehicle exited the parking lot and traveled East bound.



14.     Investigators compared the videos from the six businesses.
Investigators believed that the suspect vehicle was similar in all six robberies.
All six videos showed a newer model black Kia Soul with the front passenger
window not tinted and the rear window and rear passenger side tinted. The
video also showed that the rims were similar in design and color. In all six
incidents, the suspect covered the vehicle's license plate or the tag could not be
retrieved. The videos also showed the similar pistol brandished in each
robbery. In all six robberies the suspect held the pistol with his left hand. Still
photos from the robberies follow:

11

**Robbery #1**



**Robbery #2**



**Robbery #3**




**Robbery #4**



13

**Robbery #5**



**Robbery #6**



**Supplemental Information**

15.　Agents were notified that a burglary incident occurred in

Bradenton, FL on Sunday, November 15, 2020 involving a black Kia Soul.

Agents met with Bradenton Police Department detectives and reviewed the video and reports pertaining to the incident. A woman reported her vehicle was burglarized while at the BP gas station located at 2790 Manatee Ave E., Bradenton, FL.  Officers responded to the BP gas station and reviewed the video footage. The video showed a black Kia Soul arrive at the gas station. A white male wearing a black cloth on his head exited the front passenger seat, a black female wearing athletic clothes exited the backseat, and a black female wearing a tank top and hat exited the driver seat. The white male approached a black male wearing a white shirt and glasses sitting in an older Buick sedan near the entrance of the store. The driver and front passenger of the Kia Soul entered the store and retrieved the victim's car keys while she was distracted playing an arcade game. The white male opened the victim's vehicle and retrieved several credit cards and an iPhone cellphone. The man returned to the front passenger seat of the Kia Soul holding items under his shirt. The black females returned to the vehicle. Once they returned, the black male with glasses approached the vehicle and attempted to distract patrons while the white male exited the vehicle and returned towards the victim's car. The white male returned to the Kia Soul and the vehicle departed the gas station.

16.    Agents observed that the black Kia Soul had similar hub cap rims to the rims in the armed robberies. Agents observed that the front passenger

15

side tint was lighter than the back passenger side window and rear window; matching the black Kia Soul in the armed robberies. Agents also noticed an unidentified white decal located under the "Soul" on the rear of the vehicle similar to the black Kia Soul in the armed robberies. Agents also noticed that the white male suspect from the BP had a similar head cloth, black shirt with white undershirt, and black pants as the robbery suspect.





**Identification of Ivan Justin ARIZA**

17.    On Monday, November 23, 2020 investigators traveled to the BP gas station, located at 2790 Manatee Ave E., Bradenton, FL and noticed the unidentified black male in an older model Buick sedan from the burglary incident at the BP. Investigators retrieved the FL Tag number LGNF60 from the Buick. Agents queried the tag on a law enforcement database and found a William Steve Griffin (B/M: DOB: 12/29/1988) associated to the Buick. A query of Griffin on DAVID located a picture of him that identified him as the black male with glasses from the BP gas station. A query of Griffin's possible associates revealed an **Ivan Justin ARIZA** (W/M; DOB: 12/23/1980) from a

17

2019 police report. Agents queried the Florida Driver and Vehicle Information Database (DAVID) and found a picture of ARIZA that identified him as the white male from the burglary incident at the BP gas station. A criminal activity review of ARIZA revealed that in October 2020 witnesses stated that they saw him with a gun and driving a black Kia Soul. ARIZA's relative, Tomi Lyn Zeamer has a black 2014 Kia Soul bearing FL tag QDHL36 registered under her name.  In July of 2020, **ARIZA** was accused of shooting a firearm during an altercation.

**William Griffen**   **Ivan Justin ARIZA**

   

18.   A criminal history query of ARIZA revealed ARIZA had been arrested for a felony drug trafficking offense on December 1, 2019.  Agents obtained ARIZA's latest mugshot (shown below), depicting ARIZA with short hair.



19.   Further review of the surveillance video related to the vehicle
burglary showed that ARIZA was wearing a cloth on his head consistent with
that worn by the robbery suspect on robberies #3, #4, and #6.

**ARIZA on 11/15/2020**          **Robbery #3**



19

**Robbery #4**     **Robbery #6**

 

20.    Investigators queried FL tag QDHL36 on a license plate reader database and found no results. Investigators reviewed the incident reports pertaining to ARIZA and found that a black Kia Soul with Florida Tag PXKF84 was associated to ARIZA. Investigators queried the tag number and found that it did not come back to a black Kia Soul. The tag number was associated to a 2009 Green 4dr Toyota, the tag was registered to a Jaylynn Pringley, residing at 1829 Princeton Oaks Cir., Brandon, FL. Investigators drove around the apartment complex and located a black Kia Soul (**TARGET VEHICLE**) bearing the plates PXKF84 in the parking lot. The vehicle had a decal on the bottom left of the trunk door matching the vehicle in robbery #3.

**11/24/20 Surveillance**    **Robbery #3**

  

21.    On November 25, 2020, I searched Facebook and Instagram for ARIZA's social media profiles.  I identified two of ARIZA's Facebook profiles as "Justin Ariza" and "Colombian Nektie", both of which depicted pictures, posts, and selfies of ARIZA, indicating they were controlled by ARIZA.

21



**Instagram**

4 Posts   34 Followers   104 Following

Colombian Nektie
E.B.G. TOUCH MONEY

Follow   Message

love

**Facebook**

Colombian Nektie added a temporary profile picture.
Oct 3 · 🌐

5

22.   I then viewed one of ARIZA's Instagram "followers" identified by Instagram name "yolondagreen710." The Instagram account contained only two posts, both dated November 13, 2020. November 13, 2020 is the date that the Ruskin Marathon Gas Station was robbed (Robbery #2). The two posts contained a video and a picture of ARIZA and a black female identified as Yolonda GREEN (DOB: 4/22/1999). In both posts, ARIZA and GREEN are shown seated in a black vehicle. The posts are apparent selfies. ARIZA is pictured wearing a black hoodie consistent with the hoodie worn during robberies #1, #2, and #5. Additionally, the Instagram posts

22

show ARIZA holding a handgun consistent with the one used in all of the robberies. Closer inspection of the video revealed that the video was captured in selfie-mode, making the video a mirror image. Taking this detail into account, it was apparent that ARIZA was holding the handgun in his left hand, consistent with the robber in all six robberies. The video-post reads:

- IF HE SLIDING IM RIDING

- IF HE SHOOT IM SHOOTING

- IF HE FIGHTI IM FIGHTING

- WE LIKE BONNIE & CLYDE

- I LOVE YOU BESTIE 4 EVER

24



Posts
YOLONDAGREEN710

Follow

yolondagreen710
Merritt Island Fl

1 like
yolondagreen710 IF HE SLIDING IM RIDING
IF HE SHOOT IM LOOTING
IF HE FIGHTIN IM FIGHTING
WE LIKE BONNIE & CLYDE
I LOVE YOU BESTIE 4 EVER

yolondagreen710

Posts    Followers    Following
2            28              71

Yolonda Green
MOTHEROF 2 BEAUTIFUL GIRLS
ARIANA & KAYBRIELLA
JUSTIN BFF

Follow        Message

**Instagram post dated 11/13/20**          **Robbery #1**





25

**Robbery # 2**          **Robbery #6**

 

23.    Further review of the Instagram video revealed the interior light assembly of the vehicle that ARIZA and GREEN were seated in.  The interior light assembly was consistent with that belonging to a 2014 Kia Soul.

**Still-shot from Instagram video**     **Internet query "2014 Kia Soul Sun visor"**



## CONCLUSION

24.     WHEREFORE, based on the forgoing, I respectfully request that

the Court issue a warrant for the arrest of **Ivan Justin ARIZA.**

Yannick Deslauriers, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Affidavit submitted by email and attested to me as true and accurate by
telephone consistent with Federal Rules of Criminal Procedure 4.1 and
41(d)(3), this ___25___ day of November 2020.

AMANDA A. SANSONE
United States Magistrate Judge

27